IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV226 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| PATRICK M. HEALY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the plaintiff's Motion for Dismissal (Filing No. 7).¹ The plaintiff seeks to voluntarily dismiss this action against the defendant before he has filed either an answer or a motion for summary judgment. The court finds the plaintiff's motion should be granted in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i).

**IT IS ORDERED** that the plaintiff's Motion for Dismissal (Filing No. 7) is granted and this case is dismissed.

DATED this 16th day of July, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge

---

¹As a convenience, this document contains certain cross-document hyperlinks to documents previously filed. This document also contains links to the Nebraska local rules and legal citation from the federal reporters. The hyperlinked documents appear in blue underlined text. Except with regard to the local rules, access to the hyperlinked material is subject to fees pursuant to user agreements. The hyperlinks may be accessed without PACER fees by use of the public computer terminal in the Clerk's office.